Respondent, v. ANDREW W. KORTS, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Taylor, Sawyer and Edgcomb, JJ.

DESSIE M. STONE, as Administratrix, etc., of WALTER K. STONE, Deceased, Appellant, v. JAMES EGAN, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

GABRIEL FLEISCHMAN, Respondent, v. ABRAHAM A. COOPER and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concur, except Sears and Crouch, JJ., who dissent and vote for dismissal of the appeal because they are of the opinion that the order denying the motion for a new trial on the ground of newly-discovered evidence should be reversed. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

GABRIEL FLEISCHMAN, Respondent, v. ABRAHAM A. COOPER and Another, Appellants, Impleaded with Others.— Order affirmed, with costs. All concur, except Sears and Crouch, JJ., who dissent and vote for reversal. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

MARIE WILKINSON, Respondent, v. CHARLOTTE H. GIBSON, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DORR M. DENNIS, Appellant, v. CHARLES H. LIVINGSTON, Superintendent of the Onondaga County Penitentiary, Respondent.— Order affirmed. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

In the Matter of the Construction of the Will of MELVILLE A. YAUCK, Deceased. — Decree affirmed, without costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

In the Matter of the Estate of MARY J. F. S. SWEENEY, Deceased.— Decree so far as appealed from affirmed, with one bill of costs, payable out of the estate. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

MICHAEL MURPHY, Respondent, v. ELIZABETH HICKEY and Another, as Executors, etc., of EUGENE HICKEY, Deceased, Appellants.— Judgment affirmed, with costs. All concur. Present — Clark, Sears, Taylor, Sawyer and Edgcomb, JJ.

STEPHEN H. NELSON, Respondent, v. THEODORE W. GRANT and ROBERTSON CATARACT ELECTRIC COMPANY, INCORPORATED, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

WALTER H. NELSON, SR., Respondent, v. THEODORE W. GRANT and ROBERTSON CATARACT ELECTRIC COMPANY, INCORPORATED, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

WALTER H. NELSON, JR., Respondent, v. THEODORE W. GRANT and ROBERTSON CATARACT ELECTRIC COMPANY, INCORPORATED, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

WILLIS E. BAKER, Respondent, v. BENEFIT ASSOCIATION OF RAILWAY EMPLOYEES, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.